# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stewart, Daniel J. | United States District Court, Northern District of New York | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Term | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

United States District Court, Northern District of New York
James T Foley US Courthouse
445 Broadway
Albany, NY 12207

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty Member | Albany Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | SEFCU | A | Int./Div. | J | T | | | | | |
| 2. | 1/4 Interest in Property - Jay, NY Assessed at $65,000 | | None | L | S | | | | | |
| 3. | Hickory Hill Ski Center, Inc Stock | | None | J | U | | | | | |
| 4. | Manning and Napier, IRA, Pro Blend Extended Term Series S | A | Dividend | | | | | | | |
| 5. | | | | | | Sold | 10/26/20 | O | G | |
| 6. | EXETER TRUST ACCT #D1278, LINES 7 TO 297 (H) | | | | | | | | | |
| 7. | -EXETER TRUST COMPANY CASH AND CASH EQUIVALENTS | A | Dividend | J | T | | | | | |
| 8. | -ACCOR SA | | | | | Buy | 10/06/20 | J | | |
| 9. | | | | | | Sold | 11/13/20 | J | A | |
| 10. | -ACTIVISION BLIZZARD INC | A | Dividend | J | T | | | | | |
| 11. | | | | | | Sold<br>(part) | 06/05/20 | J | A | |
| 12. | | | | | | Sold<br>(part) | 10/29/20 | J | A | |
| 13. | -ADIDAS AG | | None | | | Buy | 04/20/20 | J | | |
| 14. | | | | | | Sold | 09/24/20 | J | B | |
| 15. | -ALCON AG | | None | J | T | | | | | |
| 16. | | | | | | Buy<br>(add'l) | 07/16/20 | J | | |
| 17. | -ALIBABA GROUP HOLDINGS LTD SP ADR | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 19. | | | | | Sold<br>(part) | 12/07/20 | J | A | |
| 20.　-ALPHABET INC CL A | | None | K | T | | | | | |
| 21. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 22. | | | | | Sold<br>(part) | 06/04/20 | J | C | |
| 23. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 24.　-ALPHABET INC CL C | | None | | | | | | | |
| 25. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 26. | | | | | Sold | 04/20/20 | K | C | |
| 27.　-AMAZON.COM INC | | None | K | T | | | | | |
| 28. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 29. | | | | | Sold<br>(part) | 04/20/20 | J | D | |
| 30.　-AMBEV SA ADR | A | Dividend | | | | | | | |
| 31. | | | | | Sold | 02/06/20 | J | A | |
| 32.　-AMERICAN EXPRESS CO | | None | J | T | Buy | 11/05/20 | J | | |
| 33. | | | | | Sold<br>(part) | 12/07/20 | J | A | |
| 34.　-AMERICAN TOWER CORP | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -ANHEUSER BUSCH INBEV SA | A | Dividend | J | T | Buy | 01/20/20 | J | | |
| 36. | | | | | Sold<br>(part) | 11/12/20 | J | A | |
| 37. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 38. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 39.   -BERKSHIRE HATHAWAY INC CL B | | None | J | T | | | | | |
| 40. | | | | | Sold<br>(part) | 03/26/20 | J | A | |
| 41.   -BIOMARIN PHARMACEUTICAL INC | | None | J | T | | | | | |
| 42. | | | | | Sold<br>(part) | 07/30/20 | J | B | |
| 43. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 44.   -BLACKROCK INC | | None | | | | | | | |
| 45. | | | | | Sold | 02/07/20 | J | A | |
| 46.   -BOOKINGS HLDGS INC | | None | | | Buy | 03/10/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 48. | | | | | Sold<br>(part) | 05/20/20 | J | A | |
| 49. | | | | | Sold | 09/11/20 | J | C | |
| 50.   -BP PLC | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 51. | | | | | Sold<br>(part) | 04/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 53.   -CABOT OIL & GAS CORP | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 55.   -CAMECO CORP | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 56.   -CBOE GLOBAL MARKETS INC | A | Dividend | J | T | | | | | |
| 57. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 58.   -CDW CORP | A | Dividend | J | T | Buy | 09/28/20 | J | | |
| 59.   -CHARTER COMMUNICATIONS INC | | None | J | T | Buy | 03/19/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 61.   -CHEVRON CORP | A | Dividend | | | Buy | 02/13/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 63. | | | | | Sold<br>(part) | 04/08/20 | J | A | |
| 64. | | | | | Sold | 12/07/20 | J | A | |
| 65.   -CME GROUP INC | A | Dividend | J | T | | | | | |
| 66. | | | | | Sold<br>(part) | 08/12/20 | J | A | |
| 67.   -COCA-COLA CO | A | Dividend | J | T | | | | | |
| 68.   -COGNEX CORP | | None | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 01/09/20 | J | A | |
| 70. -COMPASS GROUP PLC | | None | J | T | Buy | 07/28/20 | J | | |
| 71. | | | | | Sold (part) | 11/13/20 | J | A | |
| 72. -CONCHO RESOURCES INC | A | Dividend | J | T | Buy | 04/21/20 | J | | |
| 73. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 74. | | | | | Sold (part) | 11/13/20 | J | A | |
| 75. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 76. -CONOCOPHILLIPS | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 77. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 78. -COPART INC | | None | J | T | Buy | 03/31/20 | J | | |
| 79. | | | | | Sold (part) | 12/07/20 | J | A | |
| 80. -DIAGEO PLC | A | Dividend | J | T | | | | | |
| 81. -DOLLAR TREE | | None | J | T | Buy | 01/16/20 | J | | |
| 82. -EAST WEST BANCORP | A | Dividend | | | Buy | 10/15/20 | J | | |
| 83. | | | | | Sold | 11/17/20 | J | A | |
| 84. -EASY JET PLC | A | Dividend | | | | | | | |
| 85. | | | | | Buy (add'l) | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 05/20/20 | J | A | |
| 87.   -ELECTRONIC ARTS | A | Dividend | J | T | | | | | |
| 88. | | | | | Sold (part) | 10/29/20 | J | B | |
| 89.   -EOG RESOURCES INC | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 90.   -EQT CORP | | None | J | T | Buy | 06/10/20 | J | | |
| 91.   -EQUINIX INC | A | Dividend | J | T | | | | | |
| 92.   -EXPEDIA GROUP INC | A | Dividend | K | T | Buy | 03/09/20 | J | | |
| 93. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 94. | | | | | Sold (part) | 04/08/20 | J | A | |
| 95. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 96. | | | | | Sold (part) | 11/27/20 | J | B | |
| 97.   -EXXON MOBIL CORP | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 98. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 99.   -FACEBOOK | | None | J | T | | | | | |
| 100. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 101. | | | | | Sold (part) | 04/20/20 | J | A | |
| 102. | | | | | Sold (part) | 09/03/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 104. -FMC CORP | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 105. -GRAPHIC PACKAGING HOLDING CO | A | Dividend | J | T | | | | | |
| 106. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 107. -HALLIBURTON CO | A | Dividend | | | Buy | 01/17/20 | J | | |
| 108. | | | | | Sold<br>(part) | 02/13/20 | J | A | |
| 109. | | | | | Sold | 03/11/20 | J | A | |
| 110. -HEINEKEN N V SPN | | None | J | T | Buy | 10/27/20 | J | | |
| 111. -HILTON INC | | None | J | T | Buy | 07/22/20 | J | | |
| 112. | | | | | Sold<br>(part) | 11/18/20 | J | B | |
| 113. -IDEXX LABORATORIES INC | | None | J | T | Buy | 11/13/20 | J | | |
| 114. -INCYTE CORP | | None | J | T | | | | | |
| 115. -INDUSTRIA DE DISENO TEXTIL SA | | None | | | | | | | |
| 116. | | | | | Sold<br>(part) | 02/14/20 | J | A | |
| 117. | | | | | Sold<br>(part) | 03/02/20 | J | A | |
| 118. | | | | | Sold | 03/19/20 | J | A | |
| 119. -INSPERITY INC | A | Dividend | J | T | Buy | 06/23/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/10/20 | J | | |
| 121. | | | | | Sold (part) | 12/07/20 | J | A | |
| 122.  -INTERCONTINENTAL EXCHANGE INC | A | Dividend | J | T | | | | | |
| 123. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 124.  -INTERCONTINENTAL HOTELS GROUP | | None | | | Buy | 07/31/20 | J | | |
| 125. | | | | | Sold | 11/13/20 | J | A | |
| 126.  -LULULEMON ATHLETICA INC | | None | | | | | | | |
| 127. | | | | | Sold (part) | 02/07/20 | J | D | |
| 128. | | | | | Sold (part) | 03/02/20 | J | B | |
| 129. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 130. | | | | | Sold (part) | 06/11/20 | J | C | |
| 131. | | | | | Sold | 09/03/20 | J | C | |
| 132.  -MANNING & NAPIER NEW DISPLND VLU | A | Dividend | K | T | | | | | |
| 133. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 134. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 135. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 136. | | | | | Buy (add'l) | 12/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -MANNING & NAPIER FUND INC NEW HIGH YIELD | A | Dividend | K | T | | | | | |
| 138. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 139. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 140. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 141. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 142. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 143. -MANNING & NAPIER FUND INC NEW NEW YORK TAX EXEMPT SERIES FUND | B | Dividend | M | T | | | | | |
| 144. | | | | | Sold (part) | 01/28/20 | K | A | |
| 145. | | | | | Buy (add'l) | 03/06/20 | K | | |
| 146. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 147. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 148. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 149. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 150. -MANNING & NAPIER FUND INC NEW REAL ESTATE SERIES | A | Dividend | K | T | | | | | |
| 151. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 152. | | | | | Buy (add'l) | 12/18/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 153.  -MANNING & NAPIER FD - NEW OVERSEAS SER CL S | A | Dividend | K | T | | | | | |
| 154. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 155.  -MANNING & NAPIER FD NEW UNCONSTRAIND | C | Dividend | L | T | | | | | |
| 156. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 157. | | | | | Buy (add'l) | 06/17/20 | J | | |
| 158. | | | | | Buy (add'l) | 09/21/20 | J | | |
| 159. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 160.  -MARTIN MARIETTA MATERIALS INC | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 161.  -MASTERCARD INC CL A | A | Dividend | J | T | | | | | |
| 162. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 163. | | | | | Sold (part) | 10/29/20 | J | C | |
| 164.  -MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 165. | | | | | Sold (part) | 02/13/20 | J | B | |
| 166. | | | | | Sold (part) | 03/06/20 | J | A | |
| 167.  -MERCK & CO INC | A | Dividend | | | | | | | |
| 168. | | | | | Sold | 03/05/20 | J | A | |
| 169.  -MERCK KGAA | | None | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Sold | 04/06/20 | J | A | |
| 171. -MICRON TECHNOLOGY INC | | None | J | T | | | | | |
| 172. | | | | | Sold (part) | 11/27/20 | J | B | |
| 173. | | | | | Sold (part) | 12/07/20 | J | B | |
| 174. -MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 175. | | | | | Sold (part) | 01/06/20 | J | C | |
| 176. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 177. | | | | | Sold (part) | 04/23/20 | J | C | |
| 178. -MONDELEZ INTERNATIONAL INC | A | Dividend | J | T | | | | | |
| 179. -MOODYS CORP | A | Dividend | J | T | | | | | |
| 180. | | | | | Sold (part) | 03/02/20 | J | A | |
| 181. -NESTLE SA | A | Dividend | J | T | | | | | |
| 182. | | | | | Sold (part) | 10/29/20 | J | A | |
| 183. -NEXON CO LTD NPV | A | Dividend | J | T | | | | | |
| 184. | | | | | Sold (part) | 06/02/20 | J | B | |
| 185. | | | | | Sold (part) | 07/22/20 | J | B | |
| 186. | | | | | Sold (part) | 12/08/20 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 187.  -NIKE INC CL B | | None | | | Buy | 03/20/20 | J | | |
| 188. | | | | | Sold | 04/29/20 | J | B | |
| 189.  -NIKON CORP | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 190.  -NORFOLK SOUTHERN CORP | A | Dividend | J | T | Buy | 11/05/20 | J | | |
| 191.  -NOVARTIS AG NAMEN SPON ADR | A | Dividend | J | T | | | | | |
| 192.  -NVIDIA CORP | A | Dividend | | | | | | | |
| 193. | | | | | Sold<br>(part) | 02/13/20 | J | B | |
| 194. | | | | | Sold | 04/22/20 | J | B | |
| 195.  -OCEANEERING INTERNATIONAL INC | | None | | | | | | | |
| 196. | | | | | Buy<br>(add'l) | 01/02/20 | J | | |
| 197. | | | | | Sold | 03/18/20 | J | A | |
| 198.  -PAYPAL HOLDINGS INC | | None | J | T | | | | | |
| 199. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 200. | | | | | Sold<br>(part) | 12/07/20 | J | B | |
| 201.  -PEPSICO INC | A | Dividend | J | T | | | | | |
| 202. | | | | | Sold<br>(part) | 03/06/20 | J | B | |
| 203.  -PIONEER NATURAL RESOURCES CO | A | Dividend | J | T | Buy | 04/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stewart, Daniel J.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Buy (add'l) | 06/05/20 | J | | |
| 205. -QUEBECOR INC CL B | | None | | | | | | | |
| 206. | | | | | Sold | 03/04/20 | J | A | |
| 207. -ROYAL DUTCH SHELL PLC | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 208. -RYANAIR HOLDINGS PLC SP ADR | | None | J | T | | | | | |
| 209. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 210. | | | | | Sold (part) | 12/07/20 | J | B | |
| 211. -S&P GLOBAL INC | A | Dividend | J | T | | | | | |
| 212. | | | | | Sold (part) | 03/02/20 | J | A | |
| 213. -SALESFORCE.COM INC | | None | J | T | Buy | 03/16/20 | J | | |
| 214. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 215. | | | | | Sold (part) | 09/03/20 | J | C | |
| 216. -SBA COMMUNICATIONS CORP | A | Dividend | J | T | | | | | |
| 217. -SEA LTD ADR | | None | J | T | | | | | |
| 218. | | | | | Sold (part) | 01/06/20 | J | B | |
| 219. -SEATTLE GENETICS INC | | None | | | | | | | |
| 220. | | | | | Sold | 02/18/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 221. -SERVICENOW INC | | None | J | T | | | | | |
| 222. | | | | | Sold<br>(part) | 02/06/20 | J | B | |
| 223. | | | | | Sold<br>(part) | 02/07/20 | J | B | |
| 224. | | | | | Sold<br>(part) | 03/02/20 | J | A | |
| 225. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 226. | | | | | Sold<br>(part) | 11/06/20 | J | B | |
| 227. -SCHLUMBERGER LTD | A | Dividend | J | T | Buy | 01/17/20 | J | | |
| 228. | | | | | Sold<br>(part) | 02/13/20 | J | A | |
| 229. -SHAW COMMUNICATIONS INC B | A | Dividend | | | | | | | |
| 230. | | | | | Sold | 03/02/20 | J | A | |
| 231. -SONY CORP SPONSORED ADR | A | Dividend | J | T | | | | | |
| 232. | | | | | Sold<br>(part) | 04/16/20 | J | A | |
| 233. | | | | | Sold<br>(part) | 05/22/20 | J | A | |
| 234. | | | | | Buy<br>(add'l) | 12/09/20 | J | | |
| 235. -SYSCO CORP | | None | | | Buy | 07/07/20 | J | | |
| 236. | | | | | Sold | 09/23/20 | J | A | |
| 237. -TENCENT HOLDINGS LTD | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 238. | | | | | Sold<br>(part) | 07/29/20 | J | B | |
| 239.  -THE WALT DISNEY CO | | None | | | Buy | 03/17/20 | J | | |
| 240. | | | | | Sold | 06/04/20 | J | A | |
| 241.  -THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 242. | | | | | Sold<br>(part) | 12/07/20 | J | B | |
| 243.  -TOTAL SE | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 244. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 245. | | | | | Sold<br>(part) | 12/04/20 | J | A | |
| 246. | | | | | Sold<br>(part) | 12/07/20 | J | A | |
| 247.  -TRANSOCEAN LTD | | None | | | Buy | 01/17/20 | J | | |
| 248. | | | | | Sold | 02/07/20 | J | A | |
| 249.  -TSY INFL IX N/B 0.625% 02/15/2043 | A | Interest | | | | | | | |
| 250. | | | | | Sold | 04/01/20 | J | B | |
| 251.  -TSY INFL IX N/B 1.125% 01/15/2021 | A | Interest | | | | | | | |
| 252. | | | | | Sold | 04/20/20 | J | A | |
| 253.  -US TREASURY INFL IX N/B 0.125%<br>01/15/2022 | A | Interest | | | | | | | |
| 254. | | | | | Sold | 04/17/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 255. -US TREASURY INFL IX N/B 0.125% 04/15/2025 | A | Interest | J | T | Buy | 06/08/20 | J | | |
| 256. -UNILEVER PLC ADR AMER SHS SPON | A | Dividend | J | T | | | | | |
| 257. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 258. -US TREASURY BOND 3.00% 05/15/2047 | A | Interest | K | T | | | | | |
| 259. -US TREASURY BOND 2.50% 02/15/2045 | A | Interest | | | | | | | |
| 260. | | | | | Sold | 04/06/20 | J | C | |
| 261. -US TREASURY BOND 4.75% 02/15/2037 | A | Interest | | | | | | | |
| 262. | | | | | Sold | 03/19/20 | J | B | |
| 263. -US TREASURY BOND 3.50% 02/15/39 | A | Interest | K | T | | | | | |
| 264. -US TREASURY BOND 3.875% 08/15/2040 | A | Interest | J | T | Buy | 11/13/20 | J | | |
| 265. -US TREASURY NOTE 2.625% 02/15/2029 | A | Interest | | | | | | | |
| 266. | | | | | Sold | 03/16/20 | J | A | |
| 267. -US TREASURY NOTE 2.00% 08/15/2025 | B | Interest | K | T | | | | | |
| 268. | | | | | Sold (part) | 01/16/20 | K | A | |
| 269. | | | | | Buy (add'l) | 01/29/20 | J | | |
| 270. | | | | | Buy (add'l) | 02/20/20 | K | | |
| 271. | | | | | Sold (part) | 03/05/20 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. | | | | | Sold (part) | 03/10/20 | K | B | |
| 273. | | | | | Sold (part) | 03/16/20 | K | A | |
| 274. | | | | | Sold (part) | 03/23/20 | J | A | |
| 275. | | | | | Sold (part) | 03/24/20 | K | A | |
| 276. | | | | | Sold (part) | 04/02/20 | K | A | |
| 277. | | | | | Buy (add'l) | 05/01/20 | K | | |
| 278. | | | | | Sold (part) | 07/15/20 | K | A | |
| 279. -US TREASURY NOTE 2.50% 008/15/2023 | A | Interest | | | Buy | 04/23/20 | L | | |
| 280. | | | | | Sold (part) | 07/07/20 | K | A | |
| 281. | | | | | Sold | 07/15/20 | K | A | |
| 282. -US TREASURY NOTE 1.5% 08/15/26 | A | Interest | K | T | Buy | 09/29/20 | K | | |
| 283. -US TREASURY INFL IX N/B 0.125% 01/15/2022 | A | Interest | | | | | | | |
| 284. | | | | | Sold | 04/17/20 | J | A | |
| 285. -US TREASURY TIPS 0.5% 04/15/2024 | A | Interest | | | | | | | |
| 286. | | | | | Sold | 08/14/20 | J | A | |
| 287. -US TEASURY TIPS 2.00% 01/15/2026 | A | Interest | | | | | | | |
| 288. | | | | | Sold | 12/15/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289.  -VERTEX PHARMACEUTICALS INC | | None | J | T | | | | | |
| 290. | | | | | Sold (part) | 02/14/20 | J | B | |
| 291. | | | | | Buy (add'l) | 10/29/20 | J | | |
| 292.  -VISA INC CL A | A | Dividend | K | T | | | | | |
| 293. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 294. | | | | | Sold (part) | 10/29/20 | J | B | |
| 295.  -VULCAN MATERIALS CO | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 296.  -WR BERKLEY CORP | A | Dividend | J | T | Buy | 07/23/20 | J | | |
| 297.  -ZOETIS INC | | None | J | T | Buy | 11/13/20 | J | | |
| 298.  EXETER TRUST ACCT#D4251 LINES 299 TO 413 (H) | | | | | | | | | |
| 299.  -CASH AND CASH EQUIVALENTS | A | Dividend | J | T | | | | | |
| 300.  -ACCOR SA | | None | | | Buy | 10/29/20 | J | | |
| 301. | | | | | Sold | 11/13/20 | J | A | |
| 302.  -ACTIVISION BLIZZARD INC | | None | J | T | Buy | 10/29/20 | J | | |
| 303.  -ALCON INC | | None | J | T | Buy | 10/29/20 | J | | |
| 304.  -ALIBABA GROUP | | None | J | T | Buy | 10/29/20 | J | | |
| 305.  -ALPHABET INC CL A | | None | J | T | Buy | 10/29/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. -AMAZON.COM INC | | None | J | T | Buy | 10/29/20 | J | | |
| 307. -AMERICAN EXPRESS CO | | None | J | T | Buy | 11/05/20 | J | | |
| 308. -AMERICAN TOWER CORP | | None | J | T | Buy | 10/29/20 | J | | |
| 309. -ANHEUSER BUSCH INBEV SA | | None | J | T | Buy | 10/30/20 | J | | |
| 310. | | | | | Sold (part) | 11/12/20 | J | A | |
| 311. -BERKSHIRE HATHAWAY INC CL B | | None | J | T | Buy | 10/29/20 | J | | |
| 312. -BIOMARIN PHARMACEUTICAL INC | | None | J | T | Buy | 10/29/20 | J | | |
| 313. -BP PLC | | None | J | T | Buy | 12/03/20 | J | | |
| 314. -CABOT OIL & GAS CORP | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 315. -CAMECO CORP | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 316. -CBOE GLOBAL MARKETS INC | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 317. -CDW CORP OF DELAWARE | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 318. -CHARTER COMMUNICATIONS INC CL A | | None | J | T | Buy | 10/29/20 | J | | |
| 319. -CHEVRON CORP | A | Dividend | | | Buy | 10/29/20 | J | | |
| 320. | | | | | Sold | 12/03/20 | J | A | |
| 321. -CME GROUP INC | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 322. -COCA-COLA CO | A | Dividend | J | T | Buy | 10/29/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. -COMPASS GROUP PLC | | None | J | T | Buy | 10/29/20 | J | | |
| 324. | | | | | Sold (part) | 11/13/20 | J | A | |
| 325. -CONCHO RESOURCES INC | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 326. -CONOCOPHILLIPS | | None | J | T | Buy | 10/29/20 | J | | |
| 327. -COPART INC | | None | J | T | Buy | 10/29/20 | J | | |
| 328. -DIAGEO PLC | | None | J | T | Buy | 10/30/20 | J | | |
| 329. -DOLLAR TREE INC | | None | J | T | Buy | 10/29/20 | J | | |
| 330. -EAST WEST BANCORP INC | A | Dividend | | | Buy | 10/29/20 | J | | |
| 331. | | | | | Sold | 11/17/20 | J | | |
| 332. -ELECTRONIC ARTS | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 333. -EOG RESOURCES INC | | None | J | T | Buy | 10/29/20 | J | | |
| 334. -EQT CORP | | None | J | T | Buy | 10/29/20 | J | | |
| 335. -EQUINIX INC | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 336. -EXPEDIA GROUP INC COM NEW | | None | J | T | Buy | 10/29/20 | J | | |
| 337. | | | | | Sold (part) | 11/27/20 | J | | |
| 338. -EXXON MOBIL CORP | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 339. | | | | | Buy (add'l) | 12/03/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. -FACEBOOK INC-A | | None | J | T | Buy | 10/29/20 | J | | |
| 341. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 342. -FMC CORP | | None | J | T | Buy | 10/29/20 | J | | |
| 343. -GRAPHIC PACKAGING HOLDING CO | | None | J | T | Buy | 10/29/20 | J | | |
| 344. -HEINEKEN NV SPN | | None | J | T | Buy | 10/29/20 | J | | |
| 345. -HILTON INC | | None | J | T | Buy | 10/29/20 | J | | |
| 346. | | | | | Sold (part) | 11/18/20 | J | A | |
| 347. -IDEXX LABORATORIES INC | | None | J | T | Buy | 11/13/20 | J | | |
| 348. -INCYTE CORP | | None | J | T | Buy | 10/29/20 | J | | |
| 349. -INSPERITY INC | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 350. -INTERCONTINENTAL EXCHANGE INC | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 351. -INTERCONTINENTAL HOTELS GROUP | | None | | | Buy | 10/29/20 | J | | |
| 352. | | | | | Sold | 11/13/20 | J | A | |
| 353. -JOHNSON & JOHNSON | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 354. -MANNING & NAPIER FD INC NEW CORE BOND | A | Dividend | L | T | Buy | 10/29/20 | L | | |
| 355. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 356. -MANNING & NAPIER FD INC NEW DISPLND VLU | A | Dividend | J | T | Buy | 10/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 357. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 358. -MANNING & NAPIER FD INC NEW<br>HIGH YIELD | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 359. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 360. -MANNING & NAPIER RD INC NEW<br>OVRSES SERIS | A | Dividend | K | T | Buy | 10/29/20 | K | | |
| 361. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 362. -MANNING & NAPIER FD INC REAL<br>ESTATE | A | Dividend | K | T | Buy | 10/29/20 | K | | |
| 363. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 364. -MANNING & NAPIER FD INC NEW<br>UNCONSTRAIND | B | Dividend | L | T | Buy | 10/29/20 | L | | |
| 365. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 366. -MARTIN MARIETTA MATERIALS INC | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 367. -MASTERCARD INC CL A | | None | J | T | Buy | 10/29/20 | J | | |
| 368. -MEDTRONIC PLC | | None | J | T | Buy | 10/29/20 | J | | |
| 369. -MICRON TECHNOLOGY INC | | None | J | T | Buy | 10/29/20 | J | | |
| 370. | | | | | Sold<br>(part) | 11/27/20 | J | A | |
| 371. | | | | | Sold<br>(part) | 12/03/20 | J | A | |
| 372. -MICROSOFT CORP | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 373. -MONDELEZ INTERNATIONAL | | None | J | T | Buy | 10/29/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 374.  -MOODYS CORP | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 375.  -NESTLE SA | | None | J | T | Buy | 10/30/20 | J | | |
| 376.  -NEXON CO LTD NPV | | None | J | T | Buy | 10/30/20 | J | | |
| 377.  -NIKON CORP | | None | J | T | Buy | 10/30/20 | J | | |
| 378.  -NORFOLK SOUTHERN CORP | A | Dividend | J | T | Buy | 11/05/20 | J | | |
| 379.  -NOVARTIS AG | | None | J | T | Buy | 10/29/20 | J | | |
| 380.  -PAYPAL HOLDINGS | | None | J | T | Buy | 10/29/20 | J | | |
| 381.  -PEPSICO INC | | None | J | T | Buy | 10/29/20 | J | | |
| 382.  -PIONEER NATURAL RESOURCES CO | | None | J | T | Buy | 10/29/20 | J | | |
| 383.  -ROYAL DUTCH SHELL PLC | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 384.  -RYANAIR HOLDINGS PLC | | None | J | T | Buy | 10/29/20 | J | | |
| 385. | | | | | Sold<br>(part) | 11/27/20 | J | A | |
| 386. | | | | | Sold<br>(part) | 12/16/20 | J | A | |
| 387.  -S&P GLOBAL INC | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 388.  -SALESFORCE.COM INC | | None | | | Buy | 10/29/20 | J | | |
| 389. | | | | | Sold | 12/10/20 | J | A | |
| 390.  -SBA COMMUNICATIONS CORP | A | Dividend | J | T | Buy | 10/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stewart, Daniel J.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 391.  -SCHLUMBERGER LTD | | None | J | T | Buy | 10/29/20 | J | | |
| 392.  -SEA LTD | | None | J | T | Buy | 12/31/20 | J | | |
| 393.  -SERVICENOW INC | | None | J | T | Buy | 10/29/20 | J | | |
| 394.  -SONY CORP | | None | J | T | Buy | 12/09/20 | J | | |
| 395.  -TENCENT HOLDINGS LTD | | None | J | T | Buy | 10/29/20 | J | | |
| 396.  -THERMO FISHER SCIENTIFIC INC | | None | J | T | Buy | 10/29/20 | J | | |
| 397.  -TOTAL SE | | None | J | T | Buy | 10/29/20 | J | | |
| 398. | | | | | Sold<br>(part) | 12/04/20 | J | A | |
| 399.  -UNILEVER PLC | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 400.  -VERTEX PHARMACEUTICALS INC | | None | J | T | Buy | 10/29/20 | J | | |
| 401.  -VISA INC CL A | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 402.  -VULCAN MATERIALS CO | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 403.  -WR BERKLEY CORP | A | Dividend | J | T | Buy | 10/29/20 | J | | |
| 404.  -ZOETIS INC | | None | J | T | Buy | 11/13/20 | J | | |
| 405.  -FNMA 1.875% 09/24/26 | | None | K | T | Buy | 10/28/20 | K | | |
| 406.  -US TREAS TIPS 2.00% 01/15/26 | A | Interest | | | Buy | 10/28/20 | J | | |
| 407. | | | | | Sold | 12/14/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 408.  -US TREAS BOND 3.00% 05/15/47 | A | Interest | J | T | Buy | 10/28/20 | J | | |
| 409.  -US TREAS BOND 3.50% 02/15/39 | | None | J | T | Buy | 10/28/20 | J | | |
| 410.  -US TREAS BOND 3.875% 08/15/40 | | None | J | T | Buy | 11/13/20 | J | | |
| 411.  -US TREAS NOTE 2.00% 08/15/25 | | None | J | T | Buy | 10/28/20 | K | | |
| 412.  -US TREAS NOTE 1.50% 08/15/26 | | None | K | T | Buy | 12/01/20 | J | | |
| 413. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel J. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544